UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRENDA KAY BROWN | ) | CHAPTER 7 |
| | ) | |
| Debtor | ) | CASE NO. 12-70013 |
| | ) | |
| JAMES WESTENHOEFER, | ) | |
| CHAPTER 7 TRUSTEE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | A.P. NO. 13-7009 |
| | ) | |
| ERIK D. BOLOG, et al. | ) | |
| | ) | |
| Defendants | ) | |

## JOINT MOTION TO FILE PLEADINGS *IN CAMERA* AND UNDER SEAL

\* \* \* \* \*

Come now the Plaintiff and the Defendants, by their respective counsel, and jointly move the Court for leave to file various pleadings resolving this Adversary Proceeding *in camera* and under seal.

A proposed Order is tendered herewith.

Respectfully submitted,

/s/ John M. Simms
JOHN M. SIMMS
ATKINSON, SIMMS & KERMODE, PLLC
1608 Harrodsburg Road
Lexington, KY   40504
Telephone: (859) 225-1745
Facsimile: (859) 254-2012
*Counsel for Plaintiff James R. Westenhoefer, Trustee*

 /s/ David M. Cantor
DAVID M. CANTOR
CHARITY B. NEUKOMM
SEILLER WATERMAN LLC
Meidinger Tower - 22nd Floor
462 South Fourth Street
Louisville, Kentucky   40202-3445
Telephone: (502) 584-7400
Facsimile: (502) 583-2100
E-mail: cantor@derbycitylaw.com
*Counsel for Defendants Erik D. Bolog and The Bolog Firm*

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint Motion to File Pleadings *In Camera* and Under Seal was mailed on February 19, 2015, to all parties having entered their appearance but not receiving same electronically.

 /s/ David M. Cantor
DAVID M. CANTOR

g:\doc\dmc\bolog firm\joint motion to file pleadings in camera and under seal.rtf