UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRENDA KAY BROWN | ) | CHAPTER 7 |
| | ) | |
| Debtor | ) | CASE NO. 12-70013 |
| | ) | |
| JAMES WESTENHOEFER, CHAPTER 7 TRUSTEE | ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | A.P. NO. 13-7009 |
| | ) | |
| ERIK D. BOLOG, et al. | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

\* \* \* \* \*

Upon the joint motion of the Plaintiff, Chapter 7 Trustee and the Defendants herein, and cause having been shown, and the Court being sufficiently advised,

IT IS HEREBY ORDERED by the Court that the aforementioned parties may file pleadings *in camera* and under seal.

Tendered by:

/s/ David M. Cantor
DAVID M. CANTOR
SEILLER WATERMAN LLC
Meidinger Tower - 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
*Counsel for Defendants Erik D. Bolog and The Bolog Firm*

Pursuant to E.D. Ky. LBR 9022-1(c), David M. Cantor shall cause a copy of this Order to be served on each of the parties designated to receive this Order pursuant to E.D. Ky. LBR 9022-1(a), and shall file with the Court a Certificate of Service of the Order upon such parties within ten (10) days hereof.

Service to those in the electronic notification system to receive notice in this case and the U.S. Trustee via electronic service.

g:\doc\dmc\bolog firm\joint motion to file pleadings in camera and under seal.rtf