UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY

| | | |
|---|---|---|
| IN RE: | ) | |
| | ) | |
| BRENDA KAY BROWN | ) | CHAPTER 7 |
| | ) | |
| Debtor | ) | CASE NO. 12-70013 |
| | ) | |
| JAMES WESTENHOEFER, CHAPTER 7 TRUSTEE | ) ) ) | |
| | ) | |
| Plaintiff | ) | |
| | ) | |
| v. | ) | A.P. NO. 13-7009 |
| | ) | |
| ERIK D. BOLOG, et al. | ) | |
| | ) | |
| Defendants | ) | |

## ORDER APPROVING AGREEMENT

\* \* \* \* \*

This case comes before the Court upon the Joint Motion of the Plaintiff, Chapter 7 Trustee; the Brown Parties; and the Defendants seeking approval of the settlement of this Adversary Proceeding. An *in camera* hearing having been held, and it appearing to the Court that resolution of this Adversary Proceeding as set forth in the Parties' Agreement is in the best interest of the Bankruptcy Estate, its creditors, the parties herein and other parties in interest, and the Court being sufficiently advised,

IT IS HEREBY ORDERED by the Court that the settlement of this Adversary Proceeding as set forth in the Agreement filed herein, be, and it is, approved.

_____
Alan C. Stout
United States Bankruptcy Judge

Dated: June 2, 2015

Tendered by:

/s/ David M. Cantor
DAVID M. CANTOR
SEILLER WATERMAN LLC
Meidinger Tower - 22nd Floor
462 S. Fourth Street
Louisville, Kentucky 40202
Telephone: (502) 584-7400
*Counsel for Defendants Erik D. Bolog and The Bolog Firm*

Pursuant to E.D. Ky. LBR 9022-1(c), David M. Cantor shall cause a copy of this Order to be served on each of the parties designated to receive this Order pursuant to E.D. Ky. LBR 9022-1(a), and shall file with the Court a Certificate of Service of the Order upon such parties within ten (10) days hereof.

Service to those in the electronic notification system to receive notice in this case and the U.S. Trustee via electronic service.

g:\doc\dmc\bolog firm\joint motion approving settlement agreement pursuant to br 9019.rtf